USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CARCIONE,

Plaintiff,

-against-

NEW YORK LIFE INSURANCE COMPANY and LIFE INSURANCE COMPANY OF NORTH AMERICA,

Defendants.

26 Civ. 5263 (AT)

**ORDER**

ANALISA TORRES District Judge:

On July 2, 2026, the Court directed the parties to submit a joint letter and proposed case management plan by August 31, 2026. *See* ECF No. 5. Under Rule II(B) of the undersigned's Individual Practices in Civil Cases, "[i]f defense counsel has not appeared at least one week prior to the deadline for these submissions, plaintiff's counsel is directed to submit a letter requesting an adjournment and informing the Court of the status of defense counsel's appearance and whether plaintiff intends to seek a default judgment." The Court has received no submissions.

Accordingly, by **October 6, 2026**, the parties shall file their joint letter and proposed case management plan. By **September 29, 2026**, if defense counsel has still not appeared, "plaintiff's counsel is directed to submit a letter requesting an adjournment and informing the Court of the status of defense counsel's appearance and whether plaintiff intends to seek a default judgment." Rule II(B).

SO ORDERED.

Dated: September 8, 2026
New York, New York

ANALISA TORRES
United States District Judge