USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: _10/29/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CARCIONE,

Plaintiff,

-against-

NEW YORK LIFE INSURANCE COMPANY and LIFE INSURANCE COMPANY OF NORTH AMERICA,

Defendants.

26 Civ. 5263 (AT)

**ORDER**

ANALISA TORRES District Judge:

The Court hereby VACATES its October 9, 2026 Order directing the Clerk of Court to terminate Defendant Life Insurance Company of North America from the docket. *See* ECF No. 29. The Court respectfully directs the Clerk of Court to reinstate Life Insurance Company of North America as a Defendant in this action. In accordance with the parties' stipulation of voluntary dismissal, *see* ECF No. 28, the Clerk of Court is respectfully directed to terminate Defendant New York Life Insurance Company from the docket.

SO ORDERED.

Dated: October 29, 2026
New York, New York

ANALISA TORRES
United States District Judge