Robinson+Cole

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/4/2026

Direct (203) 462-7550
Also admitted in New York and Massachusetts

November 3, 2026

**VIA ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Joseph Carcione v. New York Life Insurance Company et al.* No. 1:26-cv-05263 (AT)**

Dear Judge Torres:

Defendant Life Insurance Company of North America ("LINA") respectfully requests that the Court adjourn the November 6, 2026 deadline for the parties to submit their joint letter and proposed case management plan and scheduling order until December 7, 2026, seven days after LINA's requested November 30, 2026 deadline to answer, move, or otherwise respond to the Complaint. Plaintiff's counsel consents to this request.

The Court's October 2, 2026 Order set November 6, 2026 as the deadline for the joint submissions and directed that future extension requests state the number of previous extensions requested. (ECF Nos. 23, 27). LINA requests this brief adjournment so that the parties can prepare the joint submissions after LINA's response to the Complaint is due. The requested date would allow the parties to address the pleadings and anticipated case management issues in light of LINA's response and would avoid the need to prepare or revise the joint submissions before that response is filed. This is LINA's first request to extend the joint submission deadline.

Accordingly, LINA respectfully requests that the Court extend the deadline for the parties' joint letter and proposed case management plan and scheduling order from November 6, 2026 to December 7, 2026.

Respectfully submitted,

*/s/ Patrick W. Begos*
Patrick W. Begos

GRANTED. By **December 7, 2026**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: November 4, 2026
New York, New York

ANALISA TORRES
United States District Judge